IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERISOURCEBERGEN DRUG
CORPORATION

               Plaintiff,               Civil Action No. 2:14-cv-02028-NS

v.

DGN PHARMACY, INC.

               Defendant.

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT, DGN PHARMACY, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, DGN Pharmacy, Inc. d/b/a DiGino's Apothecary ("DGN"), provides this Corporate Disclosure Statement in connection with the above-captioned case.

DGN Pharmacy is a non-governmental corporate party, which is owned by Lexicon RX, LLC, a privately owned Texas LLC, which owns fifty percent (50%) of DGN, and by GRX Holdings, LLC, a privately owned New Jersey corporation, which owns fifty percent (50%) of DGN.

               **FOX ROTHSCHILD LLP**

               /s/ Michael Eidel
               Michael Eidel, Esquire (92498)
               W. Christian Moffitt, Esquire (206770)
               2700 Kelly Road, Suite 300
               Warrington, PA 18976
               215-345-7500
               215-345-7507 (facsimile)
               meidel@foxrothschild.com
               cmoffitt@foxrothschild.com

Dated: June 20, 2014               *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Michael Eidel, Esquire, hereby certify that on this date, I caused a copy of the foregoing to be served upon all parties via the Court's ECF system.

**FOX ROTHSCHILD LLP**

  /s/ Michael Eidel
Michael Eidel, Esquire

Dated: June 20, 2014